**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

September 10, 2026

SOUTH KING FIRE V. CROWN CASTLE TOWERS 05 LLC ET AL
United States District Court Case No.: 2:26−cv−03176−JCC
Superior/District Court Case No.: 26−2−25619−5−KNT

Dear Counsel or Pro Se Party:

The above entitled action was removed to the United States District Court from the Superior/District Court on September 4, 2026. This case has been assigned to the *Honorable John C. Coughenour*.

Your attention is directed to the provisions of Rule 38(b) and 81(c) of the Federal Rules of Civil Procedure, pertaining to the filing of demands for trial by jury in Federal Court.

Pursuant to Local Civil Rule 101(c), if a motion is pending and undecided in the state court at the time of removal, it will not be considered unless and until the moving party files and notes the motion on this Court's calendar in accordance with Local Civil Rule 7(d).

The Western District of Washington mandates electronic case filing (e−filing) and electronic service for all attorneys practicing in this district, unless otherwise specifically ordered by the Court or directed by the Clerk. Pro se filers are exempt from this mandate. If you are an attorney who was registered to e−file with this Court prior to January 2020 and you do not currently have e−filing access, review the NextGen Transition page to re−institute your e−filing privileges. If you are an attorney who was admitted prior to January 2004 but never registered to e−file with this Court, review the Attorney CM/ECF Registration instructions on Your CM/ECF Account page. E−filing procedures are available on our website. We also offer a two−hour training class in e−filing. If you have any questions about e−filing, registration, or training, please call the ECF Help Desk at 1−866−323−9293, option 2.

Thank you for your cooperation.

Sincerely,

Joshua C. Lewis, Clerk of Court

s/Eric Smits
Deputy Clerk