THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTH KING FIRE,<br><br>Plaintiff,<br>v.<br><br>CCATT LLC, *et al.*,<br><br>Defendants. | CASE NO. C26-3176-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court recently established preliminary Rule 26 deadlines in this matter. (*See* Dkt. No. 20.) In light of Plaintiff's amended complaint (Dkt. No. 21), the parties contacted the Court to request that these deadlines be stayed, pending disposition of an anticipated Rule 12(b) motion. Thus, and for good cause, the previously set deadlines are stayed during the pendency of Rule 12(a) deadline(s) and, if a Rule 12(b) motion is timely made, the stay shall extend throughout any such motion's disposition.

DATED this 13th day of November 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk