HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTH KING FIRE, a municipal corporation of the State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>CCATT LLC, a foreign limited liability company; NEW CINGULAR WIRELESS PCS, LLC, a foreign limited liability company; and NEW CINGULAR WIRELESS SERVICES, INC., a foreign corporation,<br><br>Defendants. | No. 2:26-cv-03176-JCC<br><br>STIPULATED MOTION TO SET BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER<br><br>**NOTE ON MOTION CALENDAR:** NOVEMBER 25, 2026 |

## STIPULATED MOTION

Plaintiff South King Fire ("Plaintiff") and Defendants CCCATT, LLC ("Crown Castle"), and New Cingular Wireless PCS, LLC and New Cingular Wireless Services, Inc. ("New Cingular"), respectfully stipulate as follows.

Crown Castle removed the above-captioned case to this Court on September 4, 2026. ECF No. 1. Crown Castle and New Cingular each moved to dismiss on September 11, 2026. ECF Nos. 7, 12. On October 30, 2026, South King Fire filed a First Amended Complaint. ECF No. 21. The Court terminated the previous motions to dismiss after South King Fire filed the First Amended



ASHURST PERKINS COIE US LLP
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Tel: 206-359-8000
Fax: 206-359-9000

Complaint. Defendants intend to move to dismiss, in full or in part, the First Amended Complaint.

The Parties have met and conferred and agreed to the following stipulated briefing schedule for motions to dismiss the First Amended Complaint:

| | |
|---|---|
| Defendants' Motions to Dismiss: | December 11, 2026 |
| Plaintiff's Opposition: | January 15, 2027 |
| Defendants' Replies: | February 5, 2027 |
| Note on Motion Calendar: | February 5, 2027 |

[Signature Page Follows]



**ASHURST PERKINS COIE US LLP**
**1301 Second Ave., Ste. 4200**
**Seattle, WA 98101**
**Tel: 206-359-8000**
**Fax: 206-359-9000**

STIPULATED November 25, 2026, and Presented by:

K&L GATES LLP

By: *s/ Peter A. Talevich*
Peter A. Talevich, WSBA #42644
Hannah R. Lukomski, WSBA #64550
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: (206) 370-6795
Email: peter.talevich@klgates.com
hannah.lukomski@klgates.com

Jessica L.G. Moran, *Pro Hac Vice*
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Telephone: (412) 355-6500
Email: jessica.moran@klgates.com

*Attorneys for Defendants Crown Castle Towers 05 LLC and Crown Castle USA, Inc.*

ASHURST PERKINS COIE US LLP

By: *s/ Thomas J. Tobin*
Paul E. Smith, WSBA # 21158
Thomas J. Tobin, WSBA #55189
1301 Second Avenue Suite 4200
Seattle, WA 98101
Telephone: (206) 359-8000
Email: paul.smith@ashurstperkins.com
tommy.tobin@ashurstperkins.com

*Attorneys for Plaintiff South King Fire*

CORR CRONIN LLP

By: *s/ Jeff Bone*
Jeff Bone, WSBA #43965
Mark Rutherford, WSBA #57519
1015 Second Avenue Floor 10
Seattle, WA 98104
Telephone: (206) 625-8600
Email: jbone@corrcronin.com
mrutherford@corrcronin.com

*Attorneys for Defendant New Cingular Wireless PCS, LLC*

**ORDER [~~PROPOSED~~]**

Pursuant to the Parties' stipulation, it is so ordered. Briefing on the motions to dismiss will follow the schedule set forth in this stipulated motion. The moving parties are directed to note their motions to dismiss for February 5, 2027.

HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE



ASHURST PERKINS COIE US LLP
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Tel: 206-359-8000
Fax: 206-359-9000

# CERTIFICATE OF SERVICE

I, Thomas J. Tobinh, declare as follows:

I certify under penalty of perjury under the laws of the state of Washington that on November 25, 2026, a true and correct copy of the foregoing document was sent for service on the following persons as indicated below:

Paul E. Smith, WSBA # 21158
Thomas J. Tobin, WSBA #55189
1301 Second Avenue Suite 4200
Seattle, WA 98101
Telephone: (206) 359-8000
Email: paul.smith@ashurstperkins.com
tommy.tobin@ashurstperkins.com

Via Email and CM/ECF

Jeff Bone, WSBA #43965
Mark Rutherford, WSBA #57519
Corr Cronin LLP
1015 Second Avenue Floor 10
Seattle, WA 98104
Telephone: (206) 625-8600
Email: jbone@corrcronin.com
mrutherford@corrcronin.com

Via Email and CM/ECF

DATED November 25, 2026 at Seattle, Washington.

By: *s/Thomas J. Tobin*
Thomas J. Tobin, WSBA #55189



**ASHURST PERKINS COIE US LLP**
**1301 Second Ave., Ste. 4200**
**Seattle, WA 98101**
**Tel: 206-359-8000**
**Fax: 206-359-9000**